DAVID L. SKELTON, TRUSTEE #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 (Phone)
(619) 239-5242 (Fax)

FILED
2020 FEB 25  PM 3:47
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

In Re:

JEROME PLAZA GUILLERGAN

10239 GREENLEAF ROAD
SPRING VALLEY, CA 91977

Debtor.

Chapter 13

Bankruptcy Case No. 18-06662-MM13

UNDISTRIBUTED FUNDS

#235191

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: Stale dated Debtor refund check

NAME OF PAYEE ON UNCLAIMED CHECK:

JEROME PLAZA GUILLERGAN
10239 GREENLEAF ROAD
SPRING VALLEY, CA 91977

AMOUNT: $3,515.00

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtor, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [x]DEBTOR   [x]ATTORNEY   [ ]PAYEE

DATED: February 21, 2020

Melissa Pennington
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

DAVID L SPECKMAN #178180
1350 COLUMBIA ST UNIT 503
SAN DIEGO, CA 92101-3455